UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL QUINN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. 4:12-CV-2160-JCH |
| ) | |
| STATE OF MISSOURI, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court upon the filing of petitioner's petition for writ of habeas corpus [Doc. #1].

The petition for habeas relief has not been filed on a court-provided form. Both this Court's Local Rule 2.06(A) and Rule 2(c) of the Rules Governing Section 2254 Cases in the United States District Courts give this Court the authority to order petitioner to amend his petition by filing it on a court-provided form. Because the manner in which the instant petition is drafted makes it difficult to review, the Court will order petitioner to amend it.

Therefore,

**IT IS HEREBY ORDERED** that the Clerk of Court shall forward to petitioner the court-provided form for filing a "Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody" (AO Form 241).

**IT IS FURTHER ORDERED** that petitioner shall complete this form in its entirety and return it within thirty (30) days from the date of this Order.

**IT IS FURTHER ORDERED** that if petitioner fails to complete and return this form within thirty days, the Court will dismiss this action without prejudice and without further notice to him.

Dated this 11th day of January, 2013.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE